IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khakhutashvili Schmagi,<br><br>    Petitioner,<br><br>vs.<br><br>Philip Crawford, ICE Field Office Director,<br><br>    Respondent. | No. CV 06-0568-PHX-MHM (JI)<br><br>**ORDER** |

Petitioner has filed a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Dkt. #1). This matter was referred to Magistrate Judge Jay Irwin who issued a Report and Recommendation recommending that the Petition be denied for failure to prosecute pursuant to Rule 41(b) Fed.R.Civ.P. (Dkt. #13). The Court notes that Plaintiff's copy of the Magistrate Judge's Report and Recommendation was returned by the post-office with the notation of "Undeliverable." (Dkt. #14). Petitioner has not filed an objection to the Report and Recommendation.

**STANDARD OF REVIEW**

The district court must review the Magistrate Judge's findings and recommendations de novo if objection is made but not otherwise. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) See 28 U.S.C. § 636(b)(1)(C)("[a] judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made"). "Failure to object to a magistrate

judge's recommendation waives all objections to the judge's findings of fact." Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

### DISCUSSION

The Court has considered the pleadings and documents of record in this case. On February 24, 2006, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention without bond in the INS Processing Center in Florence, Arizona, while awaiting removal to Georgia. (Dkt.# 1). Petitioner's Petition alleges that he was ordered removed on February 2, 2005, and has been detained more than 180 days. He alleges he has been cooperative with attempts to remove him, but remained in detention.

On June 15, 2006, Respondents filed a Suggestion of Mootness, with documents reflecting Petitioner's release on conditions of supervision on or about March 17, 2006. (Dkt. #10). Petitioner has not filed a notice of change of address.

On June 19, 2006, the Magistrate Judge issued an Order giving Petitioner fifteen days to either: (1) file a notice of change of address; or (2) show cause why his Petition should not be dismissed for failure to prosecute in light of his failure to file a Notice of Change of Address as previously ordered. (Dkt. #11). That order further gave Petitioner fifteen days to show cause why his Petition should not be dismissed as moot in light of his apparent release from custody. Copies of that order were mailed to Petitioner at his address of record but have been returned as "Undeliverable". (Dkt. #12). Petitioner has not responded. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**Accordingly,**

**IT IS HEREBY ORDERED** the Court adopts the Report and Recommendation of the Magistrate Judge as the order of this Court. (Dkt. #13).

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is denied and dismissed without prejudice. (Dkt.#1).

**IT IS FURTHER ORDERED** directing the clerk of the Court to enter judgment accordingly.

DATED this 11th day of September, 2006.

_____
Mary H. Murguia
United States District Judge